United States District Court
For The Southern District of West Virginia

Michael W. Allen, Reg. 22452-057
Beckley Federal Correctional Institution
P.O. Box 350
Beaver, West Virginia, 25813.
      Petitioner,

   v.         Civil Action No. 5:06-0096

John Doe AKA Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20001

John Doe AKA Regional Director
Federal Bureau of Prisons
10010 Junction Drive
Annapolis Junction, Maryland

Charles T. Felts, Warden
Beckley FCI
P.O. Box 350
Beaver, West Virginia 25813

D. McLain, D.O. Clinical Director
Beckley FCI
P.O. Box 350
Beaver, West Virginia 25813,
      Respondents(s)

Motion For Emergency Injunction and Restrainment

## Statement of Facts

The Prison Director, Regional Director, Warden Charles T. Felts, are individually and/or very collectively allowing Medical Staff to deny serious surgery or delay it for very unreasonable periods of time.

On or about October 30, 2005, I was involved in a fist fight, as a result to same I sustained broken noses, cut on forehead, and major cut under eye. I was transported Hospital and seen by a Physician, whom stated that Petitioner needed surgery and be scheduled an operation.

The Medical Staff acting under the supervision of Doctor D. McLain, have neglected to secure an operation and

are stating that an operation is too expensive and because of cost it will not be made available to Petitioner Allen. Subsequently Petitioner is in constant pain, and occassionally passes out from extreme headaches from pressure on the brain.

### Public Interest

The Prison Director, Regional Director, Warden Charles T. Felts, and Clinical Director D. McLain are denying myself (Petitioner) and other inmates legal and Constitutional Rights and Law under 28 C.F.R. § 91. Warden Felts has personal knowledge that inmates are being refused regular recognizable surgery due to objective of

4.

Medical Unit Staff to save money and increase their profits.

## Lack of Affirmative Action

The cultural makeup of staff is white and more than 98% are directly related; This poses an insensitivity toward Black inmate and contributes to them being denied medical treatment improperly in Prison Clinic. This disparity is fostered by the Prison Director, Regional Director, Warden Felts, and Clinical Director McClain.

## Routinely denial of Surgery Needed

Due to racial imbalance in Prison Medical Staff, Black inmates are 100% denied needed surgery and other dire medical

Treatments outside of Law and Legal Criticals. This action is Fostered by Prison Director, Regional Director, Warden Felt and Clinical Director McLain.

<u>Petitioner Medical Record Supports Need For Surgery without delay.</u>

Petitioner visits to outside Hospitals and Recommendation of Doctor, clearly establish a Prima Facie Cause For Surgery and is supported by Medical Record. Yet he is being denied Surgery for serious medical conditions, solely because of Medical Staff Protocal For Profit over inmate Health Care. The Denial of Surgery Results From Negligence of Prison Directors, Regional Director, and Warden Felt.

6.

### Injunctive Relief

Petitioner Allen is being denied surgerical operation, and remain in constant pain for reason of the same.

### Restrainment Relief

Prison medical staff are denying treatment routinely, that has been prescribed by Doctor at Hospital.

### Relief Sought

1. Court Order Issued Injunction and Restrainment
2. Court Order Issued Protection against Reprisal and Retaliation From Staff with Court Fine and imprisonment imposed accordingly.
3. Court Order Issued Directing Prison Director to submit all contracts with Medical Unit Staff and/or Contractor for Review by Court.

7.

## Certification of Truth

I Certify under Penalty of Perjury That the Above Statements are True and Correct, Pursuant to 28 U.S.C. § 1746.

Respectfully Submitted,
Michael W. Allen
Michael W. Allen

## Certification of Service

I Certify That The Above Document was Forwarded to The Clerk of Courts on 5th day of February, 2006 Via Prepaid Postage.

Respectfully Submitted
Michael Allen
Michael W. Allen